

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| KA'VEON QUASHAUN WESTLEY, | § | No. 08-25-00125-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 175th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Bexar County, Texas |
| | § | |
| Appellee. | | (TC# DC2024CR1616) |
| | § | |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on Appellant Ka'veon Quashaun Westley's motion to dismiss.[1] *See* Tex. R. App. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). The motion is signed by Westley and his counsel, as required by Rule 42.2(a), and states that he no longer wants to move forward with his appeal.[2] *Id.* Accordingly, we grant the motion and dismiss the appeal. *Id.*

MARIA SALAS MENDOZA, Chief Justice

August 7, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.

---

[1] This appeal was transferred to this Court from the Fourth Court of Appeals pursuant to a Texas Supreme Court docket equalization order. Accordingly, we apply the Fourth Court of Appeals' precedent to the extent it conflicts with our own. Tex. R. App. P. 41.3.

[2] Westley electronically signed the motion. Tex. R. App. P: 9.1(c)(1).